IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIYUN LIANG and XIAOHAO FANG, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, WEI YOU, and "JANE" YOU,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-04841-PGG-RWL<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant USA QR Culture Industrial Development LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　**NONE.**

Dated:　August 3, 2022

　　　　　　　　　　　　　　　　　　**CARTER LEDYARD & MILBURN LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Jeffrey S. Boxer*
　　　　　　　　　　　　　　　　　　Jeffrey S. Boxer
　　　　　　　　　　　　　　　　　　boxer@clm.com
　　　　　　　　　　　　　　　　　　Two Wall Street
　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　Tel: 212-732-3200
　　　　　　　　　　　　　　　　　　Fax: 212-732-3232

　　　　　　　　　　　　　　　　　*Attorneys for Defendant USA QR Culture Industrial Development LLC*

1