Case 1:22-cv-04841-PGG-RWL   Document 18   Filed 08/04/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIYUN LIANG and XIAOHAO FANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, WEI YOU, and "JANE" YOU,<br><br>Defendants. | Case No. 1:22-cv-04841-PGG-RWL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS plaintiffs have filed affidavits of service asserting service of process such that the corporate defendant's response to the complaint was due on August 2, 2022 and the individual defendants' responses to the complaint will be due on August 8, 2022;

WHEREAS defendants seek this extension as they have just retained counsel; and

WHEREAS no prior requests for extensions have been made;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the defendants' time to answer or otherwise respond to the complaint is extended to and including September 9, 2022.

Dated: August 3, 2022

| | |
|---|---|
| **RISSMILLER PLLC**<br><br>By: _____<br>Alex Rissmiller<br>5 Pennsylvania Plaza, 19th floor<br>New York, NY 10001<br>Tel: (646) 664-1412<br><br>and | **CARTER LEDYARD & MILBURN LLP**<br><br>By: /s/ *Jeffrey S. Boxer*<br>Jeffrey S. Boxer<br>Two Wall Street<br>New York, New York 10005<br>Tel: 212-732-3200<br><br>*Attorneys for Defendants* |

1

11099261.1

**VALLI KANE & VAGNINI LLP**
  Matthew L. Berman
  600 Old Country Road
  Garden City, NY 11530
  Tel: (516) 203-7180

*Attorneys for Plaintiffs*

SO ORDERED:

8/4/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

11099261.1