Case 1:22-cv-04841-PGG-RWL   Document 59   Filed 08/21/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAIYUN LIANG and XIAOHAO FANG,

                     Plaintiffs,

      - against -

USA QR INDUSTRIAL DEVELOPMENT LLC
d/b/a HUTAOLI MUSIC RESTAURANT &
BAR, WEI YOU, and "JANE" YOU,

                     Defendants.
------------------------------------------------------------X

22-CV-4841 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves Plaintiffs' letter motion to compel at Dkt. 56:

    1.  By September 14, 2023, Defendants shall complete their production of documents.

    2.  By September 14, 2023, Defendants shall identify to Plaintiffs any documents being withheld on the basis of objections to the requests.

    3.  As Defendants have provided a verification of interrogatory responses, that issue is moot.

    4.  The deadline to complete depositions is extended to October 30, 2023.

    5.  The deadline to serve requests to admit is extended to November 6, 2023.

    6.  The deadline for all fact discovery is extended to November 27, 2023.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 56.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2023
       New York, New York

Copies transmitted this date to all counsel of record.