**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023
```

Kerry A. Burns
212.492.2069
kerry.burns@ogletree.com

November 15, 2023

**VIA ECF**

Granted.
SO ORDERED:

11/15/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Liang, et al v USA QR Culture Industrial Development LLC et al*
      1:22-cv-04841-PGG-RWL

Dear Judge Lehrburger:

We represent Defendants and write jointly with counsel for Plaintiffs to request an extension of the fact discovery deadline from November 27, 2023 to February 16, 2024. The Parties have mutually agreed to extend this deadline in order to conserve resources and to complete depositions after the Settlement Conference scheduled for January 3, 2024. This is the Parties' second request for an extension of the fact discovery deadline. The prior extension was granted by Your Honor on August 21, 2023 (Dkt. 59).

Thank you for Your Honor's time and continued attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:_____/s/ Kerry A. Burns_____
         Kerry A. Burns

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

59250912.v1-Ogletree