```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAIYUN LIANG and XIAOHAO FANG,
Individually and on behalf of all others
similarly situated,

                 Plaintiffs,

        - against -

USA QR CULTURE INDUSTRIAL
DEVELOPMENT LLC d/b/a HUTAOLI MUSIC
RESTAURANT & BAR, WEI YOU, and
"JANE" YOU,

                 Defendants.
------------------------------------------------------------X

22-CV-4841 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On February 27, 2024, the parties agreed to terms of a settlement. By May 15, 2024, the parties shall file a status report on class notice and other necessary submissions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2024
      New York, New York

Copies transmitted this date to all counsel of record.

1