UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KAIYUN LIANG and XIAOHAO FANG,
*individually and on behalf of all others
similarly situated*,

       Plaintiffs,       22-cv-4841 (RWL)

  - against -           **JUDGMENT**

USA QR CULTURE INDUSTRY
DEVELOPMENT, LLC, WEI YOU, and
"JANE" YOU,

       Defendants.
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Whereas, on December 9, 2024, the Court granted preliminary approval of the settlement agreement (the "Settlement Agreement") in this class and collective action for claims under, inter alia, the Fair Labor Standards Act.  (*See* Dkt. 100 (the "Preliminary Approval Order").)  And, the Preliminary Approval Order and Settlement Agreement required the Defendants to complete certain tasks such as providing a complete class list and related payroll data, which is essential to issuing notice and calculating individual payments.  Defendants have not supplied all requisite information, thereby impeding consummation, administration, and final court approval of the Settlement Agreement.

  Whereas, on July 7, 2025, Plaintiffs filed a letter motion requesting the Court to enforce the Settlement Agreement and the Preliminary Approval Order.  (Dkt. 104.)  And, according to Plaintiffs, Defendants ceased communicating with defense counsel.

  Whereas, on July 16, 2025, the Court issued an order for Defendants to show cause in writing by August 8, 2025 why judgment should not be entered against them for

1

the full settlement amount due to their willful breach of the Settlement Agreement and willful failure to comply with the Court's Preliminary Approval Order. (Dkt. 113.) The Court warned that failure to respond itself will be deemed additional willful conduct warranting entry of judgment. The Court further warned that if the corporate defendant fails to appear by counsel by August 7, 2025, the corporate defendant will be deemed to be in default and subject to entry of default judgment against it.

Whereas, on July 22, 2025, now-withdrawn defense counsel certified that Defendants were served the order to show cause by both mail and email on July 18, 2025. (Dkt. 115.)

Whereas, Defendants have failed to file any response to the order to show cause and the corporate defendant has failed to appear by counsel.

Therefore, the Court enters judgment in favor of Plaintiffs in the Maximum Amount, as defined in the Fully Executed Proposed Settlement Agreement at Dkt. 97-1.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2025
           New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this Judgment to Defendants' last known addresses as set forth below:

USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar
42 West 33rd Street
New York, NY 10001

Jimmy Li
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Wei You
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Jane You
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Jing Bao
50 West 34th Street, Apt 20A3
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar