**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAIYUN LIANG and XIAOHAO FANG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, WEI YOU, and "JANE" YOU,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 1:22-cv-04841-RWL

**AMENDED JUDGMENT**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas, on August 25, 2025, the Court entered judgment against Defendants for the full settlement amount due to their willful breach of the Settlement Agreement and willful failure to comply with the Court's Preliminary Approval Order. (Dkt. 116.)

Whereas, the August 25, 2025 Judgment stated that the Court enters judgment in favor of Plaintiffs in the "Maximum Amount," as defined in the Fully Executed Proposed Settlement Agreement at Dkt. 97-1.

Whereas, on April 8, 2026, Plaintiffs filed a letter motion requesting an amended judgment to correct the names of the Defendants and to specify a sum certain for purposes of enforcing the judgment. (Dkt. 118.)

Whereas, on April 9, 2026, the Court ordered Plaintiffs to file a proposed form of judgment. (Dkt. 119.)

Therefore, the Court enters this Amended Judgment in favor of Plaintiffs and against Defendants USA QR CULTURE INDUSTRIAL DEVELOPMENT LLC d/b/a HUTAOLI MUSIC RESTAURANT & BAR, WEI YOU, and "JANE" YOU in the amount of $582,500.00.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2026
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this Amended Judgment to Defendants' last known addresses as set forth below:

USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar
42 West 33rd Street
New York, NY 10001

Jimmy Li
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Wei You
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Jane You
42 West 33rd Street
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar

Jing Bao
50 West 34th Street, Apt 20A3
New York, NY 10001
c/o USA QR Culture Industrial
Development LLC d/b/a Hutaoli
Music Restaurant & Bar